IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-CV-341-W

| | | |
|---|---|---|
| STEPHEN HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER |
| | ) | OF |
| YORKSHIRE GROUP, PLC, and | ) | JUDGMENT |
| YORKSHIRE AMERICAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER comes now before the Court upon the request of the Clerk's office concerning the final order of judgment in the above captioned case. The Court entered an order on October 23, 2006, granting Plaintiff's motion for default judgment against defendant Yorkshire Group, PLC (Doc. No. 24). The Court *nun pro tunc* enters its October 23, 2006 order as the final order of judgment in this matter.

IT IS SO ORDERED.

Signed: February 8, 2010

Frank D. Whitney
United States District Judge